UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
AUG 28 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

CESAR HERNANDEZ,

                Defendant.

CASE NO. 08CR2306-JM

JUDGMENT OF DISMISSAL

FILED
AUG 29 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

       IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

_____ the Court has dismissed the case for unnecessary delay; or

_____ the Court has granted the motion of the Government for dismissal; or

_____ the Court has granted the motion of the defendant for a judgment of acquittal; or

_____ a jury has been waived, and the Court has found the defendant not guilty; or

_____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) of: 8 USC 1325 - ILLEGAL ENTRY (misdemeanor); 8 USC 1325 - ILLEGAL ENTRY

       IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: AUGUST 28, 2008

                        /s/ William McCurine, Jr.
                        WILLIAM McCURINE, JR.
                        UNITED STATES MAGISTRATE JUDGE

I have executed within Judgment of dismissal
~~Judgement and Commitment~~ on 8/28/08

United States Marshal

By: _____
USMS Criminal Section

ENTERED ON _____